# COMPLAINT FORM

**(for filers who are prisoners without lawyers)**

(revised 4/19/2022)

**FILED**

**07/29/2024**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## IN THE UNITED STATES DISTRICT COURT

FOR THE _Southern_ DISTRICT OF _Indiana_

---

(Full name of plaintiff(s))

_Robert Lee Washington_

_____

_____

v.

(Full name of defendant(s))

_Stephanie Edwardson_

_Chelsea LaFleur_

_Richard Fields et.al._

Case Number:

2:24-cv-382-JMS-MG

_____

(to be supplied by clerk of court)

---

A.    **PARTIES**

1.    Plaintiff is a citizen of _Indiana_, and is located at
(State)

_Vigo County Security Center 600 West Honey Creek Drive, Terre Haute 47802 IN._
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant _Richard Fields, Stephanie Edwardson_
(Name)

is (if a person or private corporation) a citizen of _Indiana_____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Vigo County Security Center, 600 West Honey Creek Drive, Terre Haute, IN. 47802_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

~~[illegible struck-through text]~~

~~[illegible struck-through text]~~

~~[illegible struck-through text]~~

I plaintiff Robert Washington will be filing out of Southern District of Indiana 7th circuit against Collectively Administration officers Stephanie Edwardson, Chelsea LaFleur, Emily Meadows, Casey Lee, Charles Funk, Danicka Mitchell, Richard Fields and T   Switzer failed to act on information via "report, appeal, request or grievance" indicating that unconstitutional practices were taking place. Last quarter of the year 2022 the Vigo County Security Center opened. From day one upon

Complaint - 2

arriving to this facility no inmates is given a handbook of the Facility rules, policies or sanctions, nowhere in the facility can inmates see posted policies, rules or sanctions. And at the hearings for the unconstitutional violations evidence of posted policies, rules and sanctions are not being presented. Feb. 2nd, Feb. 5th & Feb. 9th I Exhausted all my Administrative Remedies to no avail. July 15th and July 18th are my most recent C.A.B hearing appeals were unconstitutional practices was explained in detail yet Officials still failed to act. All the above happened here at the Vigo County Security Center. The defendants participated directly ~~or~~ indirectly in the alleged constitutional violations after being informed of the violation through a request or appeal, failed to remedy the wrong, the defendants created a policy or custom under which unconstitutional practices occurred, or allowed the continuance of such a policy or custom, the defendants was grossly negligent in supervising subordinates who committed the wrongful acts or exhibited deliberate indifference to the rights of inmates by failing to act on information Indicating that unconstitutional acts were occurring, a violation of federal law, Failure to Act.

• Gibbs v. King, 779 F.2d 1040, 1045 (5th cir. 1986) where rule required that prisoners obey posted policies, evidence of posting must be offered at the disciplinary hearing. • Bryan v. Dept. of Corrections, 258 N.J. Super. 546, 610 A.2d 889, 892 (1992) state law required that notice of sanctions be given before an offense is committed. • Dugas v. Jefferson County, 931 F. Supp. 1315, 1319 (E.D. Tex. 1996) aff'd, 127 F.3d 33 (5th cir. 1997) • Colon v. Coughlin, 58 F.3d 865, 873 (2d cir. 1995); Wright v. Smith, 21 F.3d 496, 501 (2d cir. 1994) both citing "failing to act on information indicating that unconstitutional practices taking place" as a basis for liability • Alexander v. Perrill, 916 F.2d 1392, 1395 (9th cir. 1990) officials can't just sit on your duff and not do anything "to prevent violations of rights.

Complaint - 3

C.    JURISDICTION

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____ .

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

A. Award compensatory damages in the following amounts:

1.) $120,000 jointly and severally against defendants J. Edwardson, Chelsea LaFleur, Emily Meadows, Danicka Mitchell, Richard Fields and T. Switzer for the punishment, including deprivation of liberty and amenity due to unlawful segregation and emotional injury resulting from their denial of due process in connection with the plaintiff's disciplinary proceedings where defendants after being informed of the constitutional violations through a report or appeal, failed to remedy the wrong.

2.) $10,000 jointly and severally against defendants C. Funk and C. Lee for the emotional injury resulting from their failure to act on created policies or customs under which unconstitutional practices occurred, or allowed the continuance of such policies or customs.

B. Award punitive damages in the following amounts: 1.) $20,000 each against defendants Edwardson, LaFleur, Meadows, Mitchell, Fields and Switzer 2.) $10,000 each against defendants Funk and Lee. C. Grant such other relief as it may appear plaintiff is entitled.

E.    JURY DEMAND

☑   Jury Demand - I want a jury to hear my case
                    OR

☐   Court Trial – I want a judge to hear my case

Dated this  21st  day of  July  20 24 .

Respectfully Submitted,

_Signature_
Signature of Plaintiff

967130 / Jail ID # 1436
Plaintiff's Prisoner ID Number

Vigo County Security Center, 600 West Honey creek Dr.
Terre Haute, IN. 47802
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.    **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_Signature_
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

**FILING FEE**

[✓]   I **DO** request that I be allowed to file this complaint without paying the filing
fee. I have completed a request to proceed in the district court without
prepaying the fee and attached it to the complaint.

[ ]   I **DO NOT** request that I be allowed to file this complaint without prepaying the
filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this
complaint.